# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>PITTSBURGH CORNING CORPORATION,<br><br>Debtor. | Case No. 09-20006<br><br>(Underlying Ch. 11 Case No. 00-22876-JKF, pending in the United States Bankruptcy Court for the Western District of Pennsylvania) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT the Corning Insurers,[1] by and through undersigned counsel, hereby withdraw their Subpoena to Scott Gilbert and Motion to Transfer Venue and Mr. Gilbert, by and through undersigned counsel, hereby withdraws his Motion to Quash.

Dated: November 23, 2009
       Washington, D.C.

Respectfully submitted,

By:   /s/ Mark A. Packman
       Mark A. Packman

Mark A. Packman [D.C. Bar # 336321]
GILBERT LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005
(202) 772-2320

*Attorneys for Scott D. Gilbert*

By:   /s/ Adam Coates
       Adam Coates

Adam Coates [D.C. Bar # 486424]
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
(202) 383-5300

Tancred V. Schiavoni
Gary Svirsky
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, N.Y. 10036
(212) 326-2000

*Attorneys for the Corning Insurers*

---

[1] The "Corning Insurers" are Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; and as successor to CIGNA Specialty Insurance Company (formerly California Union Insurance Company); and Westchester Fire Insurance Company, as successor-in-interest to International Insurance Company (as to Policy No. 5220456454) in their capacity as alleged insurers of Corning Inc.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of November 2009, I electronically filed the NOTICE OF WITHDRAWAL with the Court using the CM/ECF system:

  In addition, a copy of the above-referenced document was sent to the following parties by e-mail and first class mail, postage prepaid, on November 23, 2009:

> David B. Killalea (killalead@gotofirm.com)
> Mark A. Packman (packmanm@gotofirm.com)
> Gilbert LLP
> 1100 New York Avenue, NW Suite 700
> Washington, D.C.  20005
> *Counsel for Scott D. Gilbert*

>    /s/ Adam Coates
> Adam Coates [Bar # 486424]